IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY S. FAY, | ) | 8:12CV361 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY, NE, | ) | |
| COUNTY COMMISSIONERS, JAN | ) | |
| PELLETIER, TERRIE MCKENNA, | ) | |
| VIRDIE JOHNSON, EMPLOYEE'S | ) | |
| UNITED LABOR ASSOCIATION, | ) | |
| and JAMES WALTER | ) | |
| CRAMPTON, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 10th day of October, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge