IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY S. FAY, | ) | 8:12CV361 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On November 30, 2012, the court entered a Memorandum and Order directing Plaintiff to file an amended complaint no later than December 31, 2012. (Filing No. 6.) The court later extended this date to March 18, 2013. (Text Order dated February 1, 2013.) The court warned Plaintiff that failure to file an amended complaint by the court's deadline would result in the dismissal of this matter without further notice. To date, Plaintiff has not filed an amended complaint in this matter.

    IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

    DATED this 12th day of April, 2013.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.